# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-07672 MMM (PLAx) | Date | November 6, 2012 |

| | |
|---|---|
| Title | Elmer Alvaro & David-Wynn Miller vs. IndyMac Bank F.S.B.,  First American Title Insurance Co, and MERS |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **Order To Show Cause Re: Illegible Complaint**

On September 7, 2012, plaintiffs Elmer Alvaro and David-Wynn Miller filed a complaint in the United States District Court, Central District of California.  Plaintiffs' complaint is deemed entirely illegible pursuant to Local Rule 11-3.1.[1]  Plaintiffs are ordered to submit a legible complaint that complies with the Local Rules of the court no later than November 14, 2012.

---

[1]Local Rule 11-3.1 provides that "[a]ll pleadings, motions, affidavits, declarations, briefs, points and authorities, and other documents, including all exhibits thereto (hereinafter collectively referred to as 'documents'), presented for filing or lodging with the Clerk shall be typewritten or printed, or prepared by a photocopying or other duplicating process that will produce clear and permanent copies equally legible to printing, in black or dark blue ink."